# Exhibit 2

Charted Claim: 11, 12

| US10182157 | 7NOW App ("The accused Instrumentality") |
|---|---|
| 11. A method for controlling access to a communication network, the method comprising: storing identifying information indicative of a telephone number of a communication device; | The accused instrumentality practices a method for controlling access to a communication network (e.g., a communication network of drivers, customers, etc.), that comprises storing identifying information (e.g., a customer authentication credential information such as mobile phone number, etc.) indicative of a telephone number (e.g., phone number) of a communication device (e.g., a customer's smartphone installed with the accused instrumentality, etc.).<br><br>As shown below, the accused instrumentality is a food delivery platform that has a network of drivers, customers, restaurant partners, etc. It allows a customer to create an account using its phone number. It stores the phone number to provide access to the authenticated customer of its account. When the customer orders from a restaurant, the accused instrumentality assigns a delivery driver for the order. It allows (e.g., controlled access) the customer to view the activities of the assigned delivery driver. |



https://www.7now.com/

September 5, 2023

SEVEN-ELEVEN JAPAN CO., LTD.

## Seven-Eleven Japan's Merchandise Delivery Service to Become Even More Accessible, Easy and Convenient!

## Introduction of the 7NOW® App

### Available to Use from September 5

SEVEN-ELEVEN JAPAN CO., LTD. (Headquarters: Chiyoda-ku, Tokyo; President & Representative Director: Fumihiko Nagamatsu) will launch the 7NOW® app on September 5 to improve the convenience of the 7NOW® merchandise delivery service.

http://sej.co.jp/library/common/pdf/en/2023/20230905_01.pdf



https://www.7now.com/



https://www.7now.com/



https://play.google.com/store/apps/details?id=com.seven.eleven.phoenix&hl=en_US



https://cusauth.7-eleven.com/

 **7NOW: Food Delivery & Alcohol**

About this app

✕

NO MINIMUMS
Order as little or as much as you want. A nominal small basket fee may apply to orders less than $15.

PAYMENTS MADE EASY
We accept all major credit and debit cards plus Apple Pay. All transactions are 100% digital, no need for cash.

REAL-TIME ORDER TRACKING
Track your order in the app and receive notifications for up-to-date delivery status.

https://play.google.com/store/apps/details?id=com.seven.eleven.phoenix&hl=en_US

We may obtain Personal Information about you when you use our Sites or Apps, visit our stores, or otherwise interact with us. "**Personal information**" is information that identifies, relates to, describes, or can be reasonably linked, directly or indirectly, to you as a particular individual or household. Personal Information does not include: (i) anonymized, aggregated or deidentified information; or (ii) transaction data related to purchases at 7-Eleven stores unless we combine such transactional data with information that can uniquely identify you or your household. The information we obtain generally falls into four categories: (a) information you provide us; (b) information we collect through automated means, (c) communications with us, and (d) data provided by others. We have collected the following categories of Personal Information within the last twelve (12) months.

## (a) Information You Provide to Us

You may provide Personal Information directly to us, depending on how you interact with us. Personal information consumers provide to us often falls into one of the following categories:

- **Personal details**, such as your name, postal and email addresses, phone number, and other contact information;
- **Profile information**, such as your username or password, profile data, birthday information, preferences, demographic information (such as age or gender), products and services you like, and information about how you like to shop with us;
- **Transaction information**, such as the products you buy, prices, and method of payment;
- **Financial account information**, such as your credit card account details; and
- Other Personal Information you choose to provide us when you interact with us.

https://www.7-eleven.com/legal/consumer-privacy-notice#personal

You can check your order's status by tapping on the 'Order In Progress' banner at the top of your screen. This will take you to your order's status tracking page. From here you can contact the assigned driver if you have questions about your delivery once it's been picked up. Please make sure you've opted-in to notifications so we can send you important updates about your order.

For Delivery orders, the order status screen includes the estimated time of delivery and activity status:
1. **Received:** Our store has received details of your order
2. **In Progress:** We're gathering and preparing all of the items in your order
3. **Ready:** Your order is ready at our store and waiting pickup from a delivery driver
4. **On It's Way:** A driver has picked up your order and is headed your way
5. **Delivered:** Enjoy!

https://7eleven.zendesk.com/hc/en-us/articles/19209441293591-How-do-I-check-the-status-of-my-order



https://play.google.com/store/apps/details?id=com.seven.eleven.phoenix&hl=en_US

| storing activity information identifying an activity of at least one user of the communication network; | The accused instrumentality practices storing activity information (e.g., a delivery driver's current activity information, etc.) identifying an activity (e.g., a current activity of a delivery driver such as arriving at delivery location, etc.) of at least one user (e.g., a delivery driver) of the communication network (e.g., a communication network of drivers, customers, etc.). <br><br> The accused instrumentality is a food delivery platform that has a network of drivers, customers, restaurant partners, etc. When a customer orders from a restaurant, the accused |

instrumentality assigns a delivery driver for the order. It allows the customer to view the activities of the assigned delivery driver such as, arriving at a delivery location, reached delivery location etc.

You can check your order's status by tapping on the 'Order In Progress' banner at the top of your screen. This will take you to your order's status tracking page. From here you can contact the assigned driver if you have questions about your delivery once it's been picked up. Please make sure you've opted-in to notifications so we can send you important updates about your order.

For Delivery orders, the order status screen includes the estimated time of delivery and activity status:

1. **Received:** Our store has received details of your order
2. **In Progress:** We're gathering and preparing all of the items in your order
3. **Ready:** Your order is ready at our store and waiting pickup from a delivery driver
4. **On It's Way:** A driver has picked up your order and is headed your way
5. **Delivered:** Enjoy!

https://7eleven.zendesk.com/hc/en-us/articles/19209441293591-How-do-I-check-the-status-of-my-order



https://play.google.com/store/apps/details?id=com.seven.eleven.phoenix&hl=en_US

 **7NOW: Food Delivery & Alcohol**
About this app                                                    ✕

NO MINIMUMS
Order as little or as much as you want. A nominal small basket fee may apply to orders less than $15.

PAYMENTS MADE EASY
We accept all major credit and debit cards plus Apple Pay. All transactions are 100% digital, no need for cash.

REAL-TIME ORDER TRACKING
Track your order in the app and receive notifications for up-to-date delivery status.

https://play.google.com/store/apps/details?id=com.seven.eleven.phoenix&hl=en_US

| | |
|---|---|
| | **7now** **Frequently asked questions**<br><br>**What is 7NOW?** ⌃<br><br>7NOW is a delivery service, created by 7-Eleven in 2018, that allows customers to order from a selection of over 20,000 products, including meals, snacks, drinks, household essentials, and more, for delivery from a nearby participating 7-Eleven store to their doorstep 24 hours a day, 7 days a week.<br><br>**How does delivery work with 7NOW?** ⌃<br><br>You can browse the 7NOW.com website or download the 7NOW app to browse convenience items available for delivery from a 7-Eleven near you. You can add the items to your cart and conveniently checkout all in one spot. Your order will be delivered to the address you provide.<br><br>https://www.7now.com/ |
| allowing the communication device to access the activity information identifying the activity of the at least one user of the communication network stored by the storage device | The accused instrumentality practices allowing the communication device (e.g., a customer's smartphone installed with the accused instrumentality, etc.) to access the activity information (e.g., a deliver driver's current activity information, etc.) identifying the activity (e.g., a current activity of a delivery driver such as arriving at delivery location, etc.) of the at least one user (e.g., delivery driver) of the communication network (e.g., a communication network of drivers, customers, etc.) stored by a storage device (e.g., storage database of the accused instrumentality) based on finding a match between the stored identifying information (e.g., a customer authentication credential information such as mobile phone number, etc.) and the identification data (e.g., phone number entered by a customer while sign-in) of the communication device (e.g., a customer's smartphone |

| based on finding a match between the stored identifying information and the identification data of the communication device; and | installed with the accused instrumentality, etc.). |
|---|---|
| | The accused instrumentality is a food delivery platform that has a network of drivers, customers, restaurant partners, etc. It allows a customer to create an account using its phone number. It stores the phone number to provide access to the authenticated customer of its account. The customer subsequently accesses the account by signing-in using the phone number. |
| | When the customer orders from a restaurant, the accused instrumentality assigns a delivery driver for the order. It allows (e.g., controlled access) the customer to view the activities of the assigned delivery driver such as picking up order, arrived at delivery location, etc. |



https://cusauth.7-eleven.com/

 **7NOW: Food Delivery & Alcohol**
About this app                                            ✕

NO MINIMUMS
Order as little or as much as you want. A nominal small basket fee may apply to orders less than $15.

PAYMENTS MADE EASY
We accept all major credit and debit cards plus Apple Pay. All transactions are 100% digital, no need for cash.

REAL-TIME ORDER TRACKING
Track your order in the app and receive notifications for up-to-date delivery status.

https://play.google.com/store/apps/details?id=com.seven.eleven.phoenix&hl=en_US

We may obtain Personal Information about you when you use our Sites or Apps, visit our stores, or otherwise interact with us. "**Personal information**" is information that identifies, relates to, describes, or can be reasonably linked, directly or indirectly, to you as a particular individual or household. Personal Information does not include: (i) anonymized, aggregated or deidentified information; or (ii) transaction data related to purchases at 7-Eleven stores unless we combine such transactional data with information that can uniquely identify you or your household. The information we obtain generally falls into four categories: (a) information you provide us; (b) information we collect through automated means, (c) communications with us, and (d) data provided by others. We have collected the following categories of Personal Information within the last twelve (12) months.

## (a) Information You Provide to Us

You may provide Personal Information directly to us, depending on how you interact with us. Personal information consumers provide to us often falls into one of the following categories:

- **Personal details**, such as your name, postal and email addresses, phone number, and other contact information;
- **Profile information**, such as your username or password, profile data, birthday information, preferences, demographic information (such as age or gender), products and services you like, and information about how you like to shop with us;
- **Transaction information**, such as the products you buy, prices, and method of payment;
- **Financial account information**, such as your credit card account details; and
- Other Personal Information you choose to provide us when you interact with us.

https://www.7-eleven.com/legal/consumer-privacy-notice#personal

You can check your order's status by tapping on the 'Order In Progress' banner at the top of your screen. This will take you to your order's status tracking page. From here you can contact the assigned driver if you have questions about your delivery once it's been picked up. Please make sure you've opted-in to notifications so we can send you important updates about your order.

For Delivery orders, the order status screen includes the estimated time of delivery and activity status:

1. **Received:** Our store has received details of your order
2. **In Progress:** We're gathering and preparing all of the items in your order
3. **Ready:** Your order is ready at our store and waiting pickup from a delivery driver
4. **On It's Way:** A driver has picked up your order and is headed your way
5. **Delivered:** Enjoy!

https://7eleven.zendesk.com/hc/en-us/articles/19209441293591-How-do-I-check-the-status-of-my-order



https://play.google.com/store/apps/details?id=com.seven.eleven.phoenix&hl=en_US



**7NOW: Food Delivery & Alcohol**

About this app                                                            ✕

NO MINIMUMS
Order as little or as much as you want. A nominal small basket fee may apply to orders less than $15.

PAYMENTS MADE EASY
We accept all major credit and debit cards plus Apple Pay. All transactions are 100% digital, no need for cash.

REAL-TIME ORDER TRACKING
Track your order in the app and receive notifications for up-to-date delivery status.

https://play.google.com/store/apps/details?id=com.seven.eleven.phoenix&hl=en_US

| | |
|---|---|
| | **7now** **Frequently asked questions** <br><br> **What is 7NOW?** ∧ <br><br> 7NOW is a delivery service, created by 7-Eleven in 2018, that allows customers to order from a selection of over 20,000 products, including meals, snacks, drinks, household essentials, and more, for delivery from a nearby participating 7-Eleven store to their doorstep 24 hours a day, 7 days a week. <br><br> **How does delivery work with 7NOW?** ∧ <br><br> You can browse the 7NOW.com website or download the 7NOW app to browse convenience items available for delivery from a 7-Eleven near you. You can add the items to your cart and conveniently checkout all in one spot. Your order will be delivered to the address you provide. <br><br> https://www.7now.com/ |
| replacing the activity information with another activity information identifying another activity of the at least one user of the communication network. | The accused instrumentality practices replacing (e.g., updating the current activity information of the delivery driver, etc.) the activity information (e.g., a deliver driver's current activity information, etc.) with another activity information (e.g., a deliver driver's current activity information, etc.) identifying another activity (e.g., a current activity of the delivery driver such as arrived at the delivery location, etc.) of the at least one user (e.g., delivery driver) of the communication network (e.g., 7NOW communication network of drivers, customer, etc.). <br><br> When the customer orders from a restaurant, the accused instrumentality assigns a delivery driver for the order. It allows (e.g., controlled access) the customer to view the activities of |

| | |
|---|---|
| | the assigned delivery driver such as picking up order, arrived at delivery location, etc. The accused instrumentality allows access to view a current activity of the assigned driver. It replaces a past activity i.e., order is out for delivery, with a new current activity i.e., your driver is arriving soon, when the delivery driver is near to the delivery location. <br><br> You can check your order's status by tapping on the 'Order In Progress' banner at the top of your screen. This will take you to your order's status tracking page. From here you can contact the assigned driver if you have questions about your delivery once it's been picked up. Please make sure you've opted-in to notifications so we can send you important updates about your order. <br><br> For Delivery orders, the order status screen includes the estimated time of delivery and activity status: <br> 1. **Received:** Our store has received details of your order <br> 2. **In Progress:** We're gathering and preparing all of the items in your order <br> 3. **Ready:** Your order is ready at our store and waiting pickup from a delivery driver <br> 4. **On It's Way:** A driver has picked up your order and is headed your way <br> 5. **Delivered:** Enjoy! <br><br> https://7eleven.zendesk.com/hc/en-us/articles/19209441293591-How-do-I-check-the-status-of-my-order |



https://play.google.com/store/apps/details?id=com.seven.eleven.phoenix&hl=en_US

As shown below, when the customer order is out for delivery and reaching delivery location, the accused instrumentality displays current activity of the driver i.e., 'Your driver is arriving soon'.



https://play.google.com/store/apps/details/7_Eleven_Rewards_Shopping?id=com.sei.android&hl=en_US



NO MINIMUMS
Order as little or as much as you want. A nominal small basket fee may apply to orders less than $15.

PAYMENTS MADE EASY
We accept all major credit and debit cards plus Apple Pay. All transactions are 100% digital, no need for cash.

REAL-TIME ORDER TRACKING
Track your order in the app and receive notifications for up-to-date delivery status.

https://play.google.com/store/apps/details?id=com.seven.eleven.phoenix&hl=en_US

| | |
|---|---|
| 12. The method of claim 11, wherein the processor is configured to authenticate a user of the communication device to access content in the storage device based on the telephone number of the | The accused instrumentality discloses, wherein a processor (e.g., a processor of the server of the accused instrumentality) is configured to authenticate a user of the communication device (e.g., a customer's smartphone installed with the accused instrumentality, etc.) to access content (e.g., delivery driver's current activity information, etc.) in the storage device (e.g., storage database of the accused instrumentality) based on the telephone number (e.g., phone number) of the communication device (e.g., a customer's smartphone installed with the accused instrumentality, etc.).<br><br>The accused instrumentality is a food delivery platform that has a network of drivers, customers, restaurant partners, etc. It allows a customer to create an account using its phone number. It stores the phone number to provide access to the authenticated customer of its account. The customer subsequently accesses the account by signing-in using the phone number. |

| communication device. | When the customer orders from a restaurant, the accused instrumentality assigns a delivery driver for the order. It allows (e.g., controlled access) the customer to view the activities of the assigned delivery driver such as picking up order, arrived at delivery location, etc. |
| --- | --- |
| | **ONE LOGIN FOR ALL OUR BRANDS**     <br><br>**Enter mobile number**<br><br>Mobile Number<br><br>We'll text you a verification code. Message and data rates may apply.<br><br>https://cusauth.7-eleven.com/ |

 **7NOW: Food Delivery & Alcohol**

About this app                                                          ✕

NO MINIMUMS
Order as little or as much as you want. A nominal small basket fee may apply to orders less than $15.

PAYMENTS MADE EASY
We accept all major credit and debit cards plus Apple Pay. All transactions are 100% digital, no need for cash.

REAL-TIME ORDER TRACKING
Track your order in the app and receive notifications for up-to-date delivery status.

https://play.google.com/store/apps/details?id=com.seven.eleven.phoenix&hl=en_US

We may obtain Personal Information about you when you use our Sites or Apps, visit our stores, or otherwise interact with us. "**Personal information**" is information that identifies, relates to, describes, or can be reasonably linked, directly or indirectly, to you as a particular individual or household. Personal Information does not include: (i) anonymized, aggregated or deidentified information; or (ii) transaction data related to purchases at 7-Eleven stores unless we combine such transactional data with information that can uniquely identify you or your household. The information we obtain generally falls into four categories: (a) information you provide us; (b) information we collect through automated means, (c) communications with us, and (d) data provided by others. We have collected the following categories of Personal Information within the last twelve (12) months.

## (a) Information You Provide to Us

You may provide Personal Information directly to us, depending on how you interact with us. Personal information consumers provide to us often falls into one of the following categories:

- **Personal details**, such as your name, postal and email addresses, phone number, and other contact information;
- **Profile information**, such as your username or password, profile data, birthday information, preferences, demographic information (such as age or gender), products and services you like, and information about how you like to shop with us;
- **Transaction information**, such as the products you buy, prices, and method of payment;
- **Financial account information**, such as your credit card account details; and
- Other Personal Information you choose to provide us when you interact with us.

https://www.7-eleven.com/legal/consumer-privacy-notice#personal

You can check your order's status by tapping on the 'Order In Progress' banner at the top of your screen. This will take you to your order's status tracking page. From here you can contact the assigned driver if you have questions about your delivery once it's been picked up. Please make sure you've opted-in to notifications so we can send you important updates about your order.

For Delivery orders, the order status screen includes the estimated time of delivery and activity status:
1. **Received:** Our store has received details of your order
2. **In Progress:** We're gathering and preparing all of the items in your order
3. **Ready:** Your order is ready at our store and waiting pickup from a delivery driver
4. **On It's Way:** A driver has picked up your order and is headed your way
5. **Delivered:** Enjoy!

https://7eleven.zendesk.com/hc/en-us/articles/19209441293591-How-do-I-check-the-status-of-my-order



https://play.google.com/store/apps/details?id=com.seven.eleven.phoenix&hl=en_US



https://play.google.com/store/apps/details/7_Eleven_Rewards_Shopping?id=com.sei.android&hl=en_US